## WOODWARD et al. v. HARLIN.
### Motion No. 9665; No. 5580.

Supreme Court of Texas.
July 22, 1931.

For former opinion, see 39 S.W.(2d) 8.

GREENWOOD, J.

On motion for rehearing, attention is called to chapter 88, General Laws of the Thirty-Fourth Legislature, approved March 22, 1915, page 141, which confers on the county court of Dawson county "original concurrent jurisdiction with the justices' courts in all civil matters." Such an act appears to have been upheld as constitutional in Gulf, W. T. & P. Ry. Co. v. Fromme, 98 Tex. 462, 84 S. W. 1054. Under the statute, the petition did state a cause of action within the jurisdiction of the county court of Dawson county for the recovery of $25.77, and we correct our statement to the contrary.

The right judgment was originally entered, and the motion for rehearing is overruled.